**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

SATYANARAYAN HEGDE,                          :
                              Plaintiff,     :
                                             :        No. 5:26-cv-3865
        v.                                   :
                                             :
RENEE M. TURCHI, M.D., M.P.H., *et al.*,     :
                              Defendants.    :

**O R D E R**

   **AND NOW**, this 26th day of June, 2026, for the reasons stated in the Opinion issued this

date, **IT IS HEREBY ORDERED:**

   Plaintiff's Emergency Motion for a Temporary Restraining Order and Preliminary

Injunction, ECF No. 13, is **DENIED**.

                                        BY THE COURT:

                                        */s/ Joseph F. Leeson, Jr.*
                                        JOSEPH F. LEESON, JR.
                                        United States District Judge