**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SATYANARAYAN HEGDE,<br>Plaintiff,<br><br>v.<br><br>RENEE M. TURCHI, M.D., M.P.H., *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:26-cv-3865 |

**ORDER**

**AND NOW**, this 18th day of September, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED:**

1. The Motion to Dismiss, ECF No. 36, is **GRANTED**.
2. The Motion to Dismiss, ECF No. 37, is **GRANTED**.
3. The Amended Complaint, ECF No. 34, is **DISMISSED with prejudice**.
4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___________
JOSEPH F. LEESON, JR.
United States District Judge